

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2017

No. 04-17-00439-CV

**IN RE** Andrew L. **GOSS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On July 10, 2017, Relator filed a pro se petition for writ of mandamus seeking a mandamus directed against the Texas State Attorney General. This court does not have jurisdiction to grant the requested relief. Accordingly, Relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on July 17, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2015CI02273, styled *Andrew Goss v. Shakia Goss*, pending in the 45th Judicial District Court, Bexar County, Texas.